**E-FILED**
Wednesday, 02 April, 2008  02:57:25 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-10039 |
| ) | |
| MARVIN EASON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The matter presently before the Court is an Amended Motion to Reduce Sentence [#45] as to MARVIN EASON. The Motion is GRANTED, and IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 84 months. This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(C).

Entered this 2nd day of April, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE